Nathaniel R. Lucey (260796)
Quyen V. Thai (316854)
**SWEENEY MASON LLP**
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839
E-Mail: nlucey@smllp.com
mthai@smllp.com

Attorneys for Defendant
REAL TIME RESOLUTIONS, INC.

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATTANA POK, an Individual, SOKEO CHHIT, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>ZBS LAW, LLP, REAL TIME RESOLUTIONS, INC., AND DOES 1-25, INCLUSIVE,<br><br>Defendant(s). | Case No.:  2:25-cv-01084-DJC-CSK<br><br>San Joaquin Case No: STK-CV-URP-2024-0001189<br><br>**STIPULATION RE TEMPORARY RESTRAINING ORDER HEARING** |

    COMES NOW RATTANA POK and SOKEO CHHIT AND REAL TIME RESOLUTIONS, INC. ["RTR"] and agree and stipulate as follows:

    RTR's Supplemental Opposition to Plaintiff's Ex Parte Application for Temporary Restraining Order to Enjoin the Sale Scheduled for May 14, 2025 and Order to Show Cause Re: Preliminary Injunction shall be due on May 15, 2025.

    Plaintiff's Reply shall be due on May 19, 2025.

///

///

///

1 | The foreclosure set for May 14, 2025 will be postponed until after the hearing date on the TRO, or alternatively, the hearing on the Order to Show Cause.

The hearing on the temporary restraining order shall be on May 22, 2025 at 11:00 AM via videoconference.

Dated: May 12, 2025  **SWEENEY MASON LLP**

*/s/ Nathaniel R. Lucey*
NATHANIEL R. LUCEY, ESQ.
Attorney for Defendants
REAL TIME RESOLUTIONS, INC.

Dated: May 12, 2025  **ACE CALIFORNIA LAW PC**

*/s/ Allison Cecchini Erggelet*
ALLISON CECCHINI ERGGELET, ESQ.
Attorney for Plaintiffs
RATTANA POK and SOKEO CHHIT

**ORDER**

IT IS SO ORDERED.

Dated: May 12, 2025  /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE