1  Nathaniel R. Lucey (260796)
   Quyen V. Thai (316854)
2  SWEENEY MASON LLP
   983 University Avenue, Suite 104C
3  Los Gatos, CA 95032-7637
   Telephone: (408) 356-3000
4  Facsimile: (408) 354-8839
   E-Mail: nlucey@smllp.com
5          mthai@smllp.com

6  Attorneys for Defendant
   REAL TIME RESOLUTIONS, INC.

7

8              **UNITED STATES DISTRICT COURT FOR THE**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 RATTANA POK, an Individual SOKEO CHHIT, an Individual,<br>12<br>13    Plaintiffs,<br>14      v.<br>15 ZBS LAW, LLP, REAL TIME RESOLUTIONS, INC., AND DOES 1-25, INCLUSIVE,<br>17    Defendants. | Case No.:   2:25-cv-01084-DJC-CSK<br><br>**AMENDED STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br><br>Hearing Date: June 4, 2025<br>Hearing Time: 9:00 a.m.<br>Location: Courtroom 7<br>Hon. Daniel J. Calabretta |

18

19      Plaintiffs RATTANA POK and SOKEO CHHIT ("Plaintiffs") and Real

20  Time Resolutions, Inc. ("Defendant") (collectively, "Plaintiffs" and "Defendant"

21  are referred to as "the Parties") hereby stipulate as follows:

22       1. On January 31, 2024, Plaintiffs brought an action against Defendants in

23          the Superior Court of California, County of San Joaquin;

24       2.  On April 11, 2025, the matter was removed to the United States District

25          Court, Eastern District of California, and the matter is currently assigned

26          Case Number 2:25-CV-01084 DJC-CSK;

27  ///

28  ///

AMENDED STIPULATION TO CONTINUE EVIDENTIARY HEARING                    1

3. On May 21, 2025, the Court issued a Temporary Restraining Order and set an Evidentiary Hearing for June 4, 2025, at 9:00 a.m. in Courtroom 7 before District Judge Daniel J. Calabretta;

4. In the Order, the Court noted the Parties may modify the dates and times set forth in the Order, subject to approval of the Court;

5. The Parties respectfully request the Evidentiary Hearing currently set for June 4, 2025, at 9:00 a.m. be continued to a date in Mid-July 2025 that is preferable to the Court[1].

6. The parties agree to extend the temporary restraining order currently in place until two weeks after the new evidentiary hearing date or issuance of the Court's order on the Motion for Preliminary Injunction, whichever is earlier.

**IT IS SO STIPULATED.**

Dated:  May 27, 2025          **SWEENEY MASON LLP**

_/s/ Nathaniel R. Lucey_
NATHANIEL R. LUCEY, ESQ.
Attorney for Defendants
REAL TIME RESOLUTIONS, INC.

Dated:  May 27, 2025          **ACE CALIFORNIA LAW PC**

_/s/ Allison Cecchini Erggelet_
ALLISON CECCHINI ERGGELET, ESQ.
Attorney for Plaintiffs
ATATANA POK and SOKEO CHHIT

---

[1] The Parties respectfully request the Hearing be rescheduled for a Monday, if available, and excluding the dates July 28-August 8.

AMENDED STIPULATION TO CONTINUE EVIDENTIARY HEARING                    2

1

**ORDER**

2        The Evidentiary Hearing, set for June 4, 2025, is VACATED and RESET for

3    July 9, 2025, at 9:00 AM in Courtroom 7 before District Judge Daniel J. Calabretta.

4

5        **IT IS SO ORDERED.**

6

7    Dated:  May 29, 2025                /s/ Daniel J. Calabretta

8                                          THE HONORABLE DANIEL J. CALABRETTA
                                           UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28