ALLISON CECCHINI ERGGELET (SBN 340533)
ACE CALIFORNIA LAW PC
125 W Richmond Ave., Suite C
Point Richmond, CA 94801
Phone: 510-681-0955
Email: ace@acecalifornialaw.com

Attorneys for Plaintiffs RATTANA POK and SOKEO CHHIT

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATTANA POK and SOKEO CHHIT,<br><br>Plaintiffs,<br><br>v.<br><br>ZBS LAW, LLP; REAL TIME RESOLUTIONS INC.; BANK OF AMERICA; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | Case No.: 2:25-cv-01084-DJC-CSK<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE FOR EVIDENTIARY HEARING**<br><br>Date: July 9, 2025<br>Time: 9:00 A.M.<br>Courtroom: 7 |

Plaintiffs RATTANA POK and SOKEO CHHIT ("Plaintiffs") and Real Time Resolutions, Inc. ("Defendant") (collectively, "Plaintiffs" and "Defendant" are referred to as "the Parties") hereby stipulate as follows:

1. On January 31, 2024, Plaintiffs brought an action against Defendants in the Superior Court of California, County of San Joaquin;

2. On April 11, 2025, the matter was removed to the United States District Court, Eastern District of California, and the matter is currently assigned Case Number 2:25-CV-01084 DJC-CSK;

3. On May 21, 2025, the Court issued a Temporary Restraining Order and set an Evidentiary Hearing for June 4, 2025, at 9:00 a.m. in Courtroom 7 before District Judge Daniel J. Calabretta;

4. On May 27, 2025, the Parties submitted an Amended Stipulation to Continue the Evidentiary Hearing but omitted continuing the briefing schedule.

5. On May 29, 2025, the Court signed the Order continuing the Evidentiary Hearing to July 9, 2025.

6. The Parties respectfully request the briefing schedule for the Evidentiary Hearing currently set for June 2, 2025. be continued to July 7, 2025.

Dated: May 30, 2025                             **ACE CALIFORNIA LAW PC**

　　　　　　　　　　　　　　　　　　　　　／s/ Allison Cecchini Erggelet
　　　　　　　　　　　　　　　　　　　　　Allison Cecchini Erggelet
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs Rattana Pok and Sokeo Chhit

Dated: May 30, 2025                             **SWEENEY MASON LLP**

　　　　　　　　　　　　　　　　　　　　　／s/ Nathaniel R. Lucey
　　　　　　　　　　　　　　　　　　　　　Nathaniel R. Lucey
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants Real Time Resolutions, Inc.

# **ORDER**

The Parties shall file any supplemental briefings as referenced in the Court's Order (ECF No. 19), if desired, no later than June 25, 2025.

Dated: May 30, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE