Nathaniel R. Lucey (260796)
Quyen V. Thai (316854)
**SWEENEY MASON LLP**
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839
E-Mail: nlucey@smllp.com
       mthai@smllp.com

Attorneys for Defendant
REAL TIME RESOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATTANA POK, an Individual, SOKEO CHHIT, an Individual<br><br>Plaintiffs,<br><br>v.<br><br>ZBS LAW, LLP, REAL TIME RESOLUTIONS, INC., AND DOES 1-25, INCLUSIVE;<br><br>Defendants. | Case No. 2:25-CV-01084 DJC-CSK<br><br>San Joaquin Case No: STK-CV-URP-2024-0001189<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Location: Courtroom 7**<br>**Hon. Daniel J. Calabretta** |

   Plaintiffs RATTANA POK and SOKEO CHHIT ("Plaintiffs") and Real Time Resolutions, Inc. ("Defendant") (collectively, "Plaintiffs" and "Defendant" are referred to as "the Parties") hereby stipulate as follows:

1. On January 31, 2024, Plaintiffs brought an action against Defendants in the Superior Court of California, County of San Joaquin;

2. On April 11, 2025, the matter was removed to the United States District Court, Eastern District of California, and the matter is currently assigned Case Number 2:25-CV-01084 DJC-CSK;

3. On May 6, 2025, Plaintiffs filed a First Amended Complaint ["FAC"];

4. The initial deadline for RTR to file a responsive pleading to the FAC was May 20, 2025;

5. The Parties thereafter stipulated to an extension of time for the filing of a response to the FAC;

6. The current date for RTR to file a responsive pleading to the FAC is June 17, 2025;

7. Also pending before the Court is Plaintiffs' Motion for Preliminary Injunction, and an Evidentiary Hearing is currently scheduled for July 9, 2025;

8. The Parties hereby agree that RTR may file a responsive pleading to the FAC to July 16, 2025.

9. A responsive pleading to the FAC will be due on July 16, 2025.

**IT IS SO STIPULATED.**

Dated: June 13, 2025                **SWEENEY MASON LLP**

/s/ Quyen V. Thai
QUYEN V. THAI, ESQ.
Attorney for Defendant
REAL TIME RESOLUTIONS, INC.

Dated: June 17, 2025                **ACE CALIFORNIA LAW PC**

/s/ Allison Cecchini Erggelet
ALLISON CECCHINI ERGGELET, ESQ.
Attorney for Plaintiffs
RATTANA POK and SOKEO CHHIT

**ORDER**

**IT IS SO ORDERED.**

Dated: June 17, 2025                /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE