ALLISON CECCHINI ERGGELET (SBN 340533)
**ACE CALIFORNIA LAW PC**
125 W Richmond Ave., Suite C
Point Richmond, CA 94801
Phone: 510-681-0955
Email: ace@acecalifornialaw.com

Attorneys for Plaintiffs RATTANA POK and SOKEO CHHIT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATTANA POK and SOKEO CHHIT, <br><br> Plaintiffs, <br><br> vs. <br><br> ZBS LAW, LLP; REAL TIME RESOLUTIONS INC.; BANK OF AMERICA; and DOES 1 THROUGH 20, INCLUSIVE, <br><br> Defendants. | Case No.: 2:25-cv-01084-DJC-CSK <br><br> **STIPULATION TO CONDUCT EVIDENTIARY HEARING REMOTELY** <br><br> Date: July 9, 2025 <br> Time: 9:00 A.M. <br> Courtroom: 7 |

Plaintiffs RATTANA POK and SOKEO CHHIT ("Plaintiffs") and Real Time Resolutions, Inc. ("Defendant") (collectively, "Plaintiffs" and "Defendant" are referred to as "the Parties") hereby stipulate as follows:

1. On January 31, 2024, Plaintiffs brought an action against Defendants in the Superior Court of California, County of San Joaquin;

2. On April 11, 2025, the matter was removed to the United States District Court, Eastern District of California, and the matter is currently assigned Case Number 2:25-CV-01084 DJC-CSK;

3. On May 21, 2025, the Court issued a Temporary Restraining Order and set an Evidentiary Hearing for June 4, 2025, at 9:00 a.m. in Courtroom 7 before District Judge Daniel J. Calabretta;

4. On May 27, 2025, the Parties submitted an Amended Stipulation to Continue the Evidentiary Hearing but omitted continuing the briefing schedule.

5. On May 29, 2025, the Court signed the Order continuing the Evidentiary Hearing to July 9, 2025.

6. On May 30, 2025, the Parties submitted a Stipulation to Continue the Briefing schedule which the court granted.

7. June 19, 2025, Plaintiff's counsel requested that the Parties stipulate to allow Plaintiff's expert witness to appear remotely at the Evidentiary Hearing due to physical and logistical constraints.

8. On June 30, 2025, counsel for Defendant Real Time Resolutions, Inc. also requested its corporate representative be permitted to appear remotely, citing time, cost, and travel considerations. The witness resides in Texas.

9. The Parties have conferred and agree. They respectfully request that the Court permit Plaintiffs' experts and Defendant Real Time Resolutions, Inc.'s corporate representative to appear remotely at the July 9, 2025, Evidentiary Hearing, while all other aspects of the hearing proceed as scheduled in person.

Dated: June 30, 2025        **ACE CALIFORNIA LAW PC**

/s/Allison Cecchini Erggelet
Allison Cecchini Erggelet
Attorneys for Plaintiffs Rattana Pok and Sokeo Chhit

Dated: June 30, 2025        **SWEENEY MASON LLP**

/s/Nathaniel R. Lucey
Nathaniel R. Lucey
Attorneys for Defendants Real Time Resolutions, Inc.

ACE CALIFORNIA LAW PC
125 W Richmond Ave., Suite C
Point Richmond, CA 94801
Telephone: (510) 681-0955
Email: ace@acecalifornialaw.com

*Rattana Pok, et al. v. ZBS Law, LLP, et al.*                *Joint Stipulation to Conduct Hearing Remotely*
2

## ORDER

The Evidentiary Hearing currently set for July 9, 2025 at 9:00 A.M. in Courtroom 7, be conducted remotely to allow Plaintiffs' experts and Defendant Real Time Resolutions, Inc.'s corporate representative to appear remotely at the July 9, 2025, Evidentiary Hearing, while all other aspects of the hearing proceed as scheduled in person.

IT IS SO ORDERED.

Dated: June 30, 2025                     /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE

ACE CALIFORNIA LAW PC
125 W Richmond Ave., Suite C
Point Richmond, CA 94801
Telephone: (510) 681-0955
Email: ace@acecalifornialaw.com

*Rattana Pok, et al. v. ZBS Law, LLP, et al.*                     *Joint Stipulation to Conduct Hearing Remotely*
3