Nathaniel R. Lucey (260796)
Quyen V. Thai (316854)
**SWEENEY MASON LLP**
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839
E-Mail: nlucey@smllp.com
        mthai@smllp.com

Attorneys for Defendant
REAL TIME RESOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATTANA POK, an Individual, SOKEO CHHIT, an Individual<br><br>Plaintiffs,<br><br>v.<br><br>ZBS LAW, LLP, REAL TIME RESOLUTIONS, INC., AND DOES 1-25, INCLUSIVE;<br><br>Defendants. | Case No. 2:25-cv-01084-DJC-CSK<br><br>San Joaquin Case No: STK-CV-URP-2024-0001189<br><br>**STIPULATION AND ORDER TO EXEND TIME FOR REAL TIME RESOLUTIONS, INC. TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT** |

Plaintiffs RATTANA POK and SOKEO CHHIT ("Plaintiffs") and Real Time Resolutions, Inc. ("Defendant") (collectively, "Plaintiffs" and "Defendant" are referred to as "the Parties") hereby stipulate as follows:

1. On January 31, 2024, Plaintiffs brought an action against Defendants in the Superior Court of California, County of San Joaquin;

2. On April 11, 2025, the matter was removed to the United States District Court, Eastern District of California, and the matter is currently assigned Case Number 2:25-CV-01084 DJC-CSK;

3. On May 6, 2025, Plaintiffs filed a First Amended Complaint ["FAC"];
4. The initial deadline for RTR to file a responsive pleading to the FAC was May 20, 2025;
5. The Parties thereafter stipulated to an extension of time for the filing of a response to the FAC to July 16, 2025;
6. On July 9, 2025, the Court held and evidentiary hearing for purposes of ruling on Plaintiff's Motion for Preliminary Injunction. The Court took the matter under submission and advised that it would be issuing is Order in the next fourteen days;
7. Having met and conferred the Parties hereby agree that RTR may file a responsive pleading to the FAC to within tan days after the Court issues its Order on the Preliminary Injunction.

**IT IS SO STIPULATED.**

Dated: July 14, 2025        **SWEENEY MASON LLP**

/s/ Nathaniel R. Lucey
NATHANIEL R. LUCEY, ESQ.
Attorney for Defendants
REAL TIME RESOLUTIONS, INC.

Dated: July 14, 2025        **ACE CALIFORNIA LAW PC**

/s/ Allison Cecchini Erggelet
ALLISON CECCHINI ERGGELET, ESQ.
Attorney for Plaintifs
RATTANA POK and SOKEO CHHIT

**ORDER**

**IT IS SO ORDERED.**

Dated: July 14, 2025        /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE