Nathaniel R. Lucey (260796)
Quyen V. Thai (316854)
**SWEENEY MASON LLP**
983 University Avenue, Suite 104C
Los Gatos, CA  95032-7637
Telephone:  (408) 356-3000
Facsimile:  (408) 354-8839
E-Mail: nlucey@smllp.com
            mthai@smllp.com

Attorneys for Defendant
REAL TIME RESOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATTANA POK, an Individual, SOKEO CHHIT, an Individual<br><br>Plaintiffs,<br><br>v.<br><br>ZBS LAW, LLP, REAL TIME RESOLUTIONS, INC., AND DOES 1-25, INCLUSIVE;<br><br>Defendants. | Case No. 2:25-CV-01084 DJC-CSK<br><br>San Joaquin Case No: STK-CV-URP-2024-0001189<br><br>**ORDER GRANTING REAL TIME RESOLUTIONS, INC.'S REQUEST TO SEAL DOCUMENTS**<br><br>**Location: Courtroom 7**<br>**Hon. Daniel J. Calabretta** |

Pursuant to Local Rule 141, Defendant REAL TIME RESOLUTIONS, INC.'S ("RTR") requests an order sealing Exhibit A to the Declaration of Jennifer Bradford dated July 11, 2025 ("Declaration"), identified as page numbers four and five of the five total pages of the Declaration.

Defendant's request is made on the grounds that Exhibit A contains personal identifying information of non-parties, which is protected by privacy and confidentiality statutes, including under Cal. Gov. Code § 8206. Defendant filed these documents pursuant to the Court's request at the hearing on Plaintiffs' Motion for Preliminary Injunction on July 9, 2025.

Having considered the motion and the accompanying documents, the Court finds good cause to grant the request. IT IS HEREBY ORDERED:

1. RTR's Request to Seal Documents is GRANTED;
2. The Clerk is directed to file under seal Exhibit A to the Declaration of Jennifer Bradford dated July 11, 2025;
3. The documents shall not be disclosed nor shared with anyone besides the Court, associated personnel, the attorneys and the parties in this matter;
4. The documents will be maintained under seal until the conclusion of this case and any appellate proceedings, after which time, the Clerk shall return or destroy the copies.

**IT IS SO ORDERED.**

Dated: July 16, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE