Nathaniel R. Lucey (260796)
Quyen V. Thai (316854)
**SWEENEY MASON LLP**
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839
E-Mail: nlucey@smllp.com
         mthai@smllp.com

Attorneys for Defendant
REAL TIME RESOLUTIONS, INC.

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATTANA POK, ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ZBS LAW, LLP, ET AL.,<br><br>  Defendants. | Case No.:   2:25-cv-01084-DJC-CSK<br><br>San Joaquin Case No.: STK-CV-URP-2024-0001189<br><br>**PARTIES' STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Location: Courtroom 7<br>Hon. Daniel J. Calabretta |

Plaintiffs RATTANA POK and SOKEO CHHIT ("Plaintiffs") and Real Time Resolutions, Inc. ("RTR") (collectively, "Plaintiffs" and "RTR" are referred to as "the Parties") hereby stipulate as follows:

1. On January 31, 2024, Plaintiffs brought an action against Defendants in the Superior Court of California, County of San Joaquin;

2. On April 11, 2025, the matter was removed to the United States District Court, Eastern District of California, and the matter is currently assigned Case Number 2:25-CV-01084 DJC-CSK;

3. On May 6, 2025, Plaintiffs filed a First Amended Complaint ["FAC"];

4. The initial deadline for RTR to file a responsive pleading to the FAC was May 20, 2025;

5. The Parties thereafter stipulated to three extensions of time for filing of a response to the FAC to a date after the Court determines Plaintiffs' Motion for Preliminary Injunction;

6. The evidentiary hearing on Plaintiffs' Motion for Preliminary Injunction was held on July 9, 2025, and the Court issued an order denying Plaintiffs' Motion on July 17, 2025;

7. RTR intends to file a Motion to Dismiss Plaintiffs' FAC. Pursuant to this Court's Standing Order, the parties are currently attempting to meet and confer regarding the substance of RTR's Motion;

8. Plaintiffs' counsel has a preplanned vacation and is unavailable for the meet and confer until August 8, 2025;

9. The Parties hereby agree to extend the deadline for RTR to file its Motion to Dismiss to the FAC to August 25, 2025, to allow the Parties sufficient time to meet and confer.

**IT IS SO STIPULATED.**

Dated:  July 28, 2025                               **SWEENEY MASON LLP**

                                                    */s/ Nathaniel R. Lucey*
                                                    NATHANIEL R. LUCEY, ESQ.
                                                    Attorney for Defendant
                                                    REAL TIME RESOLUTIONS, INC.

Dated:  July 28, 2025                               **ACE CALIFORNIA LAW PC**

                                                    */s/ Allison Cecchini Erggelet*
                                                    ALLISON CECCHINI ERGGELET, ESQ.
                                                    Attorney for Plaintiffs
                                                    RATTANA POK and SOKEO CHHIT

**ORDER**

**IT IS SO ORDERED.**

Dated:  July 29, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE