**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RATTANA POK, ET AL, | Case No.: 2:25-cv-01084-DJC-CSK |
| Plaintiffs, | |
| v. | **ORDER GRANTING MOTION TO** |
| ZBS LAW. LLP, ET AL., | **WITHDRAW AS COUNSEL** |
| Defendants. | |

Good cause appearing, the Motion to Withdraw as Counsel, the supporting declaration, and all other matters presented, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion to Withdraw, ECF No. 54, be GRANTED.
2. The hearing on Plaintiff's motion, set for October 16, 2025, be VACATED.
3. Plaintiffs' address of record be updated as follows: Rattana Pok and Sokeo Chhit, 3850 Montaro Ln., Stockton, CA 95212.
4. The Clerk of Court update the docket accordingly.

////

Within thirty (30) days of service of this order, Plaintiffs shall retain new counsel and new counsel shall file a notice of appearance in this case consistent with E.D. Cal. L.R. 182(a).  Failure to do so will result in this action being referred to the assigned Magistrate Judge for all further proceedings, including dispositive and nondispositive motions and matters.  *See* E.D. Cal. L.R. 302(c)(21).

Outgoing counsel shall serve a copy of this order on Plaintiffs Rattana Pok and Sokeo Chhit at their last known address forthwith and shall thereafter file with the court a certificate of service attesting to such service.  At such time as service is completed, Attorney Allison Cecchini Erggelet's and ACE California Law PC's responsibility to represent Plaintiffs Rattana Pok and Sokeo Chhit will be terminated.

**IT IS SO ORDERED.**

Dated:  September 30, 2025          /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE