UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATTANA POK, ET AL., | Case No.: 2:25-cv-01084-DJC-CSK |
|     Plaintiffs, | |
|     v. | **ORDER REFERRING CASE TO** |
| ZBS LAW, LLP, ET AL., | **MAGISTRATE JUDGE** |
|     Defendants. | |

On October 1, 2025, Plaintiffs were granted thirty (30) days to retain counsel and for retained counsel to file a notice of appearance in this action. (ECF No. 55.) To date, the docket is absent any such notification. Accordingly, this matter is REFERRED to the assigned Magistrate Judge for all further proceedings. *See* E.D. Cal. L.R. 302(c)(21). Any pending deadlines and hearings set before the assigned District Judge are VACATED. All documents hereafter filed with the Clerk of the Court shall bear case number: 2:25-cv-01084-DJC-CSK (PS).

    IT IS SO ORDERED.

Dated: December 12, 2025    /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE